# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| HERIBERTO MEDINA, | : | No. 27 EAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (UPS GROUND FREIGHT, INC. | : | |
| AND LIBERTY MUTUAL INSURANCE | : | |
| COMPANY), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.